DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROBERT BONE and
COURTNEY NICOLE BONE,

Appellants,

v.

STATE FARM FLORIDA
INSURANCE COMPANY,

Appellee.

No. 2D2024-1997

_____

November 26, 2025

Appeal from the County Court for Manatee County; Jacqueline B. Steele, Judge.

Kimberly A. Innocent of The Innocent Law Firm, Sunrise; and Ron Renzy of Sunshine Appeals, P.A., Coral Springs, for Appellants.

David T. Burr, Scot E. Samis, C. Ryan Jones, and Matthew A. Taylor of Traub Lieberman Straus & Shrewsberry LLP, of St. Petersburg, for Appellee.

PER CURIAM.

 Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.